FRANK WILLIAMS v. THE STATE.

No. 18794. Delivered February 17, 1937.

The opinion states the case.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for burglary, punishment being assessed at eight years in the penitentiary.

The indictment is in proper form. No statement of facts or bills of exception are brought forward.

We note that in pronouncing sentence against appellant the court inadvertently omitted to give the indeterminate sentence law effect. (Art. 775, C. C. P.). The sentence will be

reformed directing that appellant be incarcerated in the State penitentiary for not less than two nor more than eight years.

As thus reformed, the judgment will be affirmed.

*Affirmed.*